■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL E., Appellant. [649 NYS2d 878] —Adjudication unanimously affirmed. Memorandum: Defendant's contention that reversal is required because County Court's finding of a violation of probation is based solely on hearsay evidence is not preserved for our review (see, People v Park, 203 AD2d 596, lv denied 84 NY2d 830), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (see, CPL 470.15 [6] [a]). (Appeal from Adjudication of Monroe County Court, Bristol, J.—Youthful Offender.) Present—Pine, J. P., Fallon, Wesley, Davis and Boehm, JJ.

■ In the Matter of JASON B. KATHRYN B., Appellant; WAYNE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [649 NYS2d 877] —Order unanimously affirmed without costs (see, Matter of Regina M. C., 139 AD2d 929). (Appeal from Order of Wayne County Family Court, Strobridge, J.—Terminate Parental Rights.) Present—Pine, J. P., Fallon, Wesley, Davis and Boehm, JJ.